# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| In the Matter of the Search of:<br><br>T-Mobile Samsung Galaxy S Cell Phone<br>IMEI Number<br>355060/04/01484 (last digits unreadable) | Case No. 2:14-mj-00119-NJK<br><br>**ORDER** |

On February 19, 2014, the undersigned issued a search and seizure warrant in this matter. To date, the Government has not provided a return. Accordingly, no later than February 25, 2015, the Government is hereby **ORDERED** to provide a return to the chambers of the undersigned providing an inventory of property taken, if any.

The Clerk's office is **INSTRUCTED** to deliver a copy of this order to the United States Attorney's Office. The corresponding affidavit was submitted by United States Postal Inspector Andrea Avery.

IT IS SO ORDERED.

Dated: February 11, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE